UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEREDITH HAMPTON and | : | |
| GEORGE STRAKOSCH, | : | |
|     Plaintiffs, | : | Civ. No. 3:04-cv-346 (PCD) |
| | : | |
| v. | : | |
| | : | |
| DIAGEO NORTH AMERICA, INC., and | : | November 29, 2006 |
| MARK WALLER, | : | |
|     Defendants. | : | |

## ORDER ON PLAINTIFFS' PETITION FOR FEES

On October 23, 2006, the Court issued a ruling [Doc. No. 105] granting in part Plaintiffs' Motion to Compel Proper Responses to Requests for Admissions [Doc. No. 67] and ordering Defendants to pay reasonable costs and expenses associated with Plaintiffs' motion. Pursuant to that ruling, Plaintiffs have petitioned the Court for fees and submitted affidavits detailing the costs and expenses incurred. It is hereby ordered that Defendants pay to the Plaintiffs the amount of $ 4,047.50, consisting of $ 2,325.00 incurred by Attorney Jane Monahan and $ 1,722.50 incurred by Attorney Burton Kainen, each amount being supported by affidavits submitted by Plaintiffs.

    SO ORDERED.

    Dated at New Haven, Connecticut, this 29th day of November, 2006.

                                                                     /s/
                                                 Peter C. Dorsey, U.S. District Judge
                                                          District of Connecticut