UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MEREDITH G. HAMPTON and<br>GEORGE STRAKOSCH,<br><br>         Plaintiffs,<br><br> - against -<br><br>DIAGEO NORTH AMERICA, INC.<br>and MARK WALLER,<br><br>         Defendants. | CIVIL ACTION NO.<br>3:04-cv-346 (PCD)<br><br><br><br>April 8, 2008 |

## DEFENDANTS' ADDENDUM TO SECTION C TRIAL PREPARATION ORDER COMPLIANCE

After Defendants filed their Section C Trial Preparation Order Compliance, Plaintiffs submitted an additional exhibit – Exhibit 92 – to which Defendants did not have an opportunity to object as required by the Court's Trial Preparation Order. Defendants object to Exhibit 92 as follows: Relevance (Fed. R. Evid. 402); Hearsay (Fed. R. Evid. 802); Authentication (Fed. R. Evid. 901); Foundation (Fed. R. Evid. 104); Requirement of Original (Fed. R. Evid. 1002); Probative value outweighed by unfair prejudice, confusion of the issues or misleading the jury (Fed. R. Evid. 403); Not produced in discovery (Fed. R. Civ. P. 37(c)(1)); see Lorraine v. Markel Am. Inc. Col, 2007 WL 1300739 (D. Md. May 4, 2007) ("Whether ESI is admissible into evidence is determined by a collection of evidence rules that present themselves like a series of hurdles to be cleared by the proponent of the evidence. Failure to clear any of these evidentiary hurdles means that the evidence will not be admissible.").

DATED:  April 8, 2008                    Respectfully Submitted,

       /s/ Kenneth W. Gage

Kenneth W. Gage (ct12965)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive
30th Floor
Chicago, IL  60606
Telephone:  (312) 499-6000
Facsimile:   (312) 499-6100
kennethgage@paulhastings.com

Counsel for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, copies of the foregoing Defendants' Addendum To Section C Trial Preparation Order Compliance were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

    /s/ Kenneth W. Gage

Kenneth W. Gage (ct12965)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive
30th Floor
Chicago, IL  60606
Telephone:  (312) 499-6000
Facsimile:   (312) 499-6100
kennethgage@paulhastings.com